ACCEPTED
04-14-00807-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/20/2015 3:32:13 PM
KEITH HOTTLE
CLERK

No. 04-14-00807-CV

---

In the Court of Appeals for the

Fourth Court of Appeals District
San Antonio, Texas

---

BRADLEY AERY, et al.,

Appellants,

v.

HOSKINS, INC., et al.,

Appellees.

---

FROM THE 36TH JUDICIAL DISTRICT COURT OF MCMULLEN COUNTY, TEXAS

---

NOTICE OF UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE KULKA APPELLEES' BRIEF

---

TO THE HONORABLE JUSTICES OF THE COURT:

NOW COME Appellees Lee Ann Kulka, Andrea Jurica and Lee Roy Hoskins, III (collectively the "Kulka Appellees") and respectfully file this Notice of Unopposed Motion for Extension of Time to File the Kulka Appellees' Brief.

On April 17, 2015, the Kulka Appellees filed their Motion for Extension of Time to File Kulka Appellees' Brief (the "Motion"). Since the Motion was filed, the undersigned counsel has conferred by email with counsel of record for

Appellants concerning the requested extension. The undersigned counsel has confirmed that no party is opposed to the Motion, and the Kulka Appellees now provide notice to this Court that the Motion is unopposed.

WHEREFORE, appellees Lee Ann Kulka, Andrea Jurica and Lee Roy Hoskins, III respectfully request that this Court grant the Kulka Appellees' unopposed request for an extension of time to file their Appellees' Brief until May 20, 2015. The Kulka Appellees pray for such other and further relief to which they may be justly entitled.

Respectfully submitted,

**JACKSON WALKER L.L.P.**
112 E. Pecan Street, Suite 2400
San Antonio, Texas 78205
(210) 978-7700
(210) 978-7790 – Fax

By:_____/s/ Julia W. Mann_____
        Peter E. Hosey
        State Bar No. 10027500
        Julia W. Mann
        State Bar No. 00791171

**ATTORNEYS FOR APPELLEES**
**LEE ANN KULKA, LEE ROY**
**HOSKINS, III AND ANDREA JURICA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Lee Ann Kulka, Andrea Jurica, Leroy Hoskins, III's Notice of Unopposed Motion for Extension of Time to File Appellee's Brief has been forwarded to all counsel and parties of record by via electronic service or email, on this 20th day of April, 2015.

| | |
|---|---|
| Rosemarie Kanusky<br>John W. Weber, Jr.<br>Jeffrey A. Webb<br>James Summers<br>NORTON ROSE FULBRIGHT US LLP<br>300 Convent, Suite 2100<br>San Antonio, Texas 78205<br>Rosemarie.Kanusky@nortonrosefulbright.com<br>John.Weber@nortonrosefulbright.com<br>Jeff.Webb@nortonrosefulbright.com<br>James.Summers@nortonrosefulbright.com<br>*Appellate Counsel for the House Family* | Dan Pozza<br>LAW OFFICE OF DAN POZZA<br>239 East Commerce Street<br>San Antonio, Texas 78205<br>danpozza@yahoo.com<br>*Appellate Counsel for Aery Family* |
| David Ylitalo<br>COATS ROSE PC<br>1020 Northeast Loop 410<br>Suite 800<br>San Antonio, Texas 78209<br>dylitalo@coatsrose.com<br>*Counsel for Leonard Hoskins* | Marc K. Whyte<br>WHYTE, PLLC<br>209 Tuttle<br>San Antonio, Texas 78209<br>whytemarc@gmail.xom<br>*Counsel for Aery Family* |
| Ellen Mitchell<br>C. David Kinder<br>Cox Smith<br>112 E. Pecan Street, Suite 1800<br>San Antonio, Texas 78205<br>(210) 554-5500<br>(210) 226-8395 – Fax<br><br>*Counsel for C. Clifton Hoskins and Hoskins, Inc.* | John George, Jr.<br>Matthew F. Wymer<br>BEIRNE, MAYNARD & PARSONS, LLP<br>112 East Pecan Street, Suite 2750<br>San Antonio, Texas 78205<br>jgeorgejr@bmpllp.com<br>mwymer@bmpllp.com<br>*Counsel for Aery Family* |

| | |
|---|---|
| Jason A. Newman<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002-4995<br>Jason.newman@bakerbotts.com<br>*Counsel for Texoz E&P I, Inc.* | Melanie Hessler Phipps<br>KUSTOFF & PHIPPS, LLP<br>4103 Parkdale Street<br>San Antonio, Texas 78229-2520<br>mphipps@kplegal.com<br>*Counsel for Aery Family* |
| Benjamin F. Youngblood, III<br>BENJAMIN F. YOUNGBLOOD III, P.L.L.C.<br>8207 Callaghan Road, Suite 100<br>San Antonio, Texas 78230<br>bfy@prodigy.net<br>*Counsel for Jane W. Hoskins* | Ezra A. Johnson<br>UHL, FITZSIMONS,<br>JEWETT & BURTON, PLLC<br>4040 Broadway, Suite 430<br>San Antonio, Texas 78209<br>ejohnson@ufjblaw.com<br>*Counsel for Blake C. Hoskins* |
| David W. Navarro<br>Brendon C. Holm<br>HORNBERGER SHEEHAN FULLER BEITER<br>WITTENBERG & GARZA INCORPORATED<br>The Quarry Heights Building<br>7373 Broadway, Suite 300<br>San Antonio, Texas 78209<br>dnavarro@hsfblaw.com<br>bholm@hsfblaw.com<br>*Counsel for Brent C. Hoskins* | Michael C. Sartori<br>LAW OFFICE OF MICHAEL C. SARTORI<br>P.O. Box 1222<br>502A Houston Street<br>George West, Texas 78022<br>Michael@msartori.com<br>*Counsel for Hoskins, Inc., C. Clifton Hoskins, Trudy Day, and Hazel Q. Hoskins* |
| Conner R. Jackson<br>R. Clay Hoblit<br>HOBLIT FERGUSON DARLING, LLP<br>2000 Frost Bank Plaza<br>802 Carancahua<br>Corpus Christi, Texas 78401<br>cjackson@hfdlaw.com<br>choblit@hfdlaw.com<br>*Counsel for Aurora Resources Corporation* | Bruce D. Oakley<br>Robert L. Pillow<br>HOGAN LOVELLS US LLP<br>700 Louisiana Street, Suite 4300<br>Houston, Texas 77002<br>Bruce.oakley@hoganlovells.com<br>Robert.pillow@hoganlovells.com<br>*Counsel for Armadillo E&P, Inc., Sea Eagle Ford, LLC, and Sundance Energy, Inc.* |

/s/ Julia W. Mann

Julia W. Mann

13005857v.1